UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No. 01-CV-7 (DSD/JMM)

---------------------------

3M Innovative Properties Company, and

Minnesota Mining and Manufacturing Company,

Plaintiffs,

v.

Tri-State Hospital Supply Corporation,

Defendant.

---------------------------

ORDER

Upon the attached stipulation,

IT IS HEREBY ORDERED,

Defendant shall have until May 24, 2001 to answer or otherwise plead to the complaint herein.

BY THE COURT:

May 11, 2001

Judge of District Court

FILED MAY 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No. 01-CV-7 (DSD/JMM)

---------------------------

3M Innovative Properties Company, and

Minnesota Mining and Manufacturing Company,

Plaintiffs,

v.

Tri-State Hospital Supply Corporation,

Defendant.

---------------------------

STIPULATION

WHEREAS, The summons and complaint herein were served upon defendant on the 26th day of April, 2001; and

WHEREAS, Defendant has until the 16th day of May, 2001 to answer or otherwise plead to said complaint; and

WHEREAS, Defendant requested of plaintiff an extension of time, to May 24, 2001, in which to answer or otherwise plead, and plaintiff has agreed to said request.

NOW, THEREFORE, FOR AND CONSIDERATION OF THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED:

1. Defendant shall have until May 24, 2001 to interpose an answer or otherwise plead to plaintiff's complaint.

FILED__________________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK______________

May 7, 2001

Phillip Gainsley #33029
Suite 527
701 Fourth Avenue South
Minneapolis, MN 55415-1810
(612) 337-9527

Sidley Austin Brown & Wood
Suite 3400
717 North Harwood
Dallas, TX 75201
(214) 981-3300

Attorneys for Defendant

May 9, 2001

Fish & Richardson, P.C.., P.A.

By
Michael J. Kane (247625)
Suite 3300
60 South Sixth Street
Minneapolis, MN 55402
(612)335-5070

Of Counsel:
Frank P. Porcelli
Fish & Richardson, P.C.
225 Franklin Street
Boston, MA 02110-2804

Attorneys for Plaintiff