UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

3M INNOVATIVE PROPERTIES COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY,

CIVIL NO. 01-7 (DSD)

Plaintiffs,

v.

ORDER OF RECUSAL

TRI-STATE HOSPITAL SUPPLY CORPORATION,

Defendant.

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: May 14, 2001

JOHN M. MASON
United States Magistrate Judge

4

Filed MAY 14 2001
Francis E. Dosal, Clerk
Judgment Entered
Deputy Clerk's Initials

FILE COPY

Date: May 15, 2001 jr

RECORD OF DOCKET TEXT

0:01-cv-00007 3M Innovative Prop v. Tri-State Hospital

DOCKET ENTRY

ORDER OF RECUSAL (Magistrate Judge John M. Mason) Case referred to Magistrate Judge Franklin L. Noel (4-01 AD 174). Case number remains the same except for initials - 0:01 cv 7 FLN/DSD (these new initials to be used on all future pleadings in this civil action) 1pg(s) (cc: all counsel)

Hon. David S Doty, Judge

THIS NOTICE SENT TO ALL COUNSEL