Received May 17 09:26AM (01:32) on Sidley & A line [0] for 'TTARNAY' WORKSRV5 printed OPE3B0399A219D9 on May 21 01:08PM 2001 * Pg 2
5-17-2001 9:28AM FROM PHILLIP GAINSLEY 612 337 9027 P. 2

420249

**UNITED STATES DISTRICT COURT**
District of Minnesota
Clerk's Office, 708 Federal Building
316 North Robert St., St. Paul, MN 55101, Phone (651) 848-1100

PETITION FOR ADMISSION *PRO HAC VICE*

Case Number: 01-CV-7 (DSD) Case Title: 3M Innovative Properties Company *et al.* v. Tri-State Hospital Supply Corporation

**Affidavit of Movant**

I, Phillip Gainsley, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit *pro hac vice* Thomas N. Tarnay, an attorney admitted to practice in the Northern District of Texas but not admitted to the bar of this court, who will be counsel for the defendant, Tri-State Hospital Supply Corporation in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case and that I accept service of all papers served.

Phillip Gainsley
33029 MN Attorney License
May 17, 2001 Date

**Affidavit of Proposed Admittee**

I, Thomas N. Tarnay, am currently a member in good standing of the U.S. District Court for the Northern District of Texas, but not admitted to the bar of this court. I understand that if this Court grants me admission *pro hac vice*, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Thomas N. Tarnay — Name
Signature
May 21, 2001 — Date

Attorney License Number: Texas 24003032

Law Firm Name and Address: Sidley Austin Brown & Wood
Suite 3400
717 North Harwood
Dallas, TX 75201

Telephone (214) 981-3388

Motion Granted:
For the Court: Francis E. Dosal, Clerk

MAY 23 2001

Note: The original of this form and the *pro hac vice* admission fee of $25 shall be filed with the clerk of court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED MAY 23 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

6/99