UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

3M Innovative Properties, et al.,

Plaintiffs,

v.

Tri-State Hospital Supply Corporation,

Defendant.

Civil No. 01-7 DSD/FLN

NOTICE OF INITIAL PRETRIAL CONFERENCE

---

MICHAEL J. KANE, Esq. and JOHN DRAGSETH, Esq., FISH & RICHARDSON, for plaintiffs.

PHILLIP GAINSLEY, Esq., GAINSLEY LAW OFFICE; THOMAS N. TARNAY, Esq., MELISSA A. KEEFFE, Esq., and JAMES P. BRADLEY, Esq., SIDLEY, AUSTIN, BROWN & WOOD, for defendant.

---

If any parties or counsel are not listed, counsel for plaintiff(s) shall provide them with a copy of this Notice.

A. Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and Local Rule 16.2 of the Local Rules of Procedure for the District of Minnesota, an initial pretrial conference in the above captioned matter will be held on July 31, 2001, at 8:45 a.m. before Magistrate Judge Franklin L. Noel in chambers at Suite 9W, United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota.

B. Pursuant to Federal Rule of Civil Procedure 26(f), trial counsel for each party shall meet in person within 10 days of the date of this Notice, or at such later date agreed to by the parties, but in NO event later than 14 days before the scheduled initial pretrial conference. At the meeting, counsel shall discuss the nature and basis of their claims and defenses, and the possibilities



FILED 6-7-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

for a prompt settlement or resolution of the case.

C. If the case does not settle, counsel shall make or arrange for the disclosures required by Fed.R.Civ.P. 26(a)(1), and shall jointly prepare and file with the Clerk of Court a complete written Report of the Rule 26(f) meeting. The Report shall be prepared in accordance with Local Rule 16.2, and in the form prescribed in Form 3 of the Local Rules of this Court. Counsel shall also deliver to chambers of this Court, Suite 9W United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota 55415, a copy of the Report. The Report shall be filed within 5 days after counsel have met pursuant to Rule 26(f) and in no event later than July 17, 2001. Requests to conduct the pretrial conference with the court by telephone are disfavored but will be considered if substantial travel would otherwise be involved. Such requests should be made in conformity with Local Rule 7.3 and called to the court's attention by calling chambers at least three (3) days before the scheduled conference.

DATED: June 7, 2001.

Franklin L. Noel

FRANKLIN L. NOEL
Chief Magistrate Judge