240922

# UNITED STATES DISTRICT COURT
**District of Minnesota**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-7 (DSD)

**Affidavit of Movant**

I, John A. Dragseth, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Frank P. Porcelli, an attorney admitted to practice in the ______ District of Massachusetts, but not admitted to the bar of this court, who will be counsel for the(X)plaintiff( )defendant 3M in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case(s) listed below, and that I accept service of all papers served.

Signature ______ Date 6/19/01

Minnesota Attorney License Number: 274896

Law Firm Name & Address: Fish & Richardson
60 S. 6th St., Ste 3300
Minneapolis, MN 55421

Telephone: (612) 335-5070 Fax: (612) 288-9696

**Affidavit of Proposed Admittee**

I, Frank P. Porcelli, am currently a member in good standing of the U.S. District Court for the ______ District of Massachusetts, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Frank P. Porcelli — Type/Print Name
Frank P. Porcelli — Signature
6/12/01 — Date

Attorney License Number: 403440

Law Firm Name & Address: Fish & Richardson
225 Franklin Street
Boston, MA 02110-2804

Telephone: (617) 542-5070 Fax: (617) 542-8906

Case Number: 01-CV-7 (DSD) Judge Assigned: David S. Doty
Case Title: 3M Innovative Properties Company et al. v. Tri-State Hospital Supply Corporation

Motion Granted: ______
For the Court, Francis E. Dosal, Clerk

JUN 25 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

Clerk, U.S. District Court
Federal Building, Room 708
316 North Robert Street
St. Paul, Minnesota 55101

12/97

FILED JUN 25 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______